UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR SANTANA, | No. 2:17-cv-1039 MCE DB P |
| Petitioner, | |
| v. | ORDER |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has requested an extension of time to file objections to the court's findings and recommendations. (ECF No. 17.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 17) is granted; and

2. Petitioner is granted up to and including July 3, 2019 in which to file objections. Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated: June 12, 2019

DLB:12
DLB:1/Orders/Prisoner/Habeas/sant1039.111obj

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE